UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANJAY SOOKUL, *on behalf of himself and all others similarly situated*,

                Plaintiff,

v.

OROBORO, INC.,

                Defendant.

24-CV-675 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 1, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Service was executed on February 27, 2024. To date, no letter has been filed.

The parties shall submit their joint letter no later than June 21, 2024. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:     June 7, 2024
             New York, New York

                                                                        _____
                                                                       Ronnie Abrams
                                                                       United States District Judge