UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANJAY SOOKUL, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>              v.<br><br>OROBORO, INC.,<br><br>                              Defendant. | No. 24-CV-675 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On June 7, 2024, the Court ordered the parties to advise the Court as to why they had not complied with the Court's Order of February 1, 2024, which ordered them to meet and confer and to submit a joint letter to the Court within forty-five days of service of the summons and complaint. *See* ECF No. 7. The same day, counsel for Plaintiff informed the Court that he has not been able to "come into contact with the Defendant or any representative for the Defendant" and that he would seek a certificate of default. *See* ECF No. 8. The Court ordered Plaintiff to file for a certificate of default no later than June 14, 2024. *See* ECF No. 9. On June 14, 2024, Plaintiff filed for a certificate of default and the Clerk's Office issued the certificate that day. *See* ECF Nos. 11, 12.

If Plaintiff plans to move for default judgment, he shall do so no later than October 15, 2024. If, alternatively, Plaintiff does not intend to file a motion for default judgment, he shall update the Court via letter with proposed next steps in the litigation no later than October 15, 2024.

Plaintiff shall serve a copy of this Order on Defendant by October 7, 2024 and promptly file proof of such service on the docket. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    September 30, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge