**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| SANJAY SOOKUL, on behalf of himself and all others similarly situated, | Case 1:24-cv-00675-RA |
| Plaintiff, | |
| v. | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| OROBORO, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, SANJAY SOOKUL hereby move, at a date and time to be set by the Court, before the Honorable Judge Ronnie Abrams, at the Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 1506, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated: October 15, 2024

    Hicksville, New York

                                          **MARS KHAIMOV LAW, PLLC**

                                          By: */s/ Mars Khaimov*
                                          Mars Khaimov, Esq.
                                          marskhaimovlaw@gmail.com
                                          100 Duffy Ave., Suite 510
                                          Hicksville, New York 11801
                                          Tel: (929) 324-0717
                                          *Attorneys for Plaintiff*